STATE of Missouri, Respondent,

v.

**Grady F. DORTCH, Jr., Appellant.**

**No. WD 71912.**

Missouri Court of Appeals, Western District.

March 13, 2012.

---

Kent Denzel, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Division Three: KAREN KING MITCHELL, P.J., JAMES M. SMART, JR., and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Grady Dortch appeals his conviction of first-degree murder and one count of armed criminal action. The judgment of the trial court is affirmed. Rule 30.25(b).